# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:22-cv-02157-CJC-KES | Date | February 8, 2023 |
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. Shoffeitt Pipeline, Inc. | | |

---

**Present: The Honorable**   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

It is a plaintiff's responsibility to prosecute its case diligently.  That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing a case the plaintiff has chosen not to pursue for any reason.

Here, Plaintiff has filed a proof of service, yet the deadline for all defendants to respond to the Complaint has passed and Plaintiff has taken no action.  Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing, no later than **February 10, 2023** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. Plaintiff's Request for Entry of Default as to *all Defendants* or Defendants' Answers;

2. A stipulation extending *all Defendants'* time to respond to the Complaint that complies with Local Rule 8.3, or

3. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41) as to *all Defendants*.

No oral argument will be heard on this matter unless ordered by the Court.  The Order will stand submitted upon the filing of a timely and appropriate response.  Failure to file a timely and appropriate response to this Order may result in dismissal.

Initials of Deputy Clerk   rrp